IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ADRIAN MARCELL DAVIS, #19355-078     §

VS.                                  §          CIVIL ACTION NO. 6:16cv1267
                                                CRIMINAL NO. 6:11CR00109-002
UNITED STATES OF AMERICA             §

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell.   The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court.   It is therefore

**ORDERED** that Mr. Davis' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with prejudice.   A certificate of appealability is **DENIED**.   All motions not previously ruled on are **DENIED**.

**So Ordered and Signed**

**Aug 17, 2017**

_____
Ron Clark, United States District Judge